FILED: April 8, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1143 (L)
(4:10-cv-00007-GEC)

_____

CARNELL CONSTRUCTION CORPORATION

  Plaintiff - Appellant

v.

DANVILLE REDEVELOPMENT & HOUSING AUTHORITY; BLAINE SQUARE, LLC

  Defendants - Appellees

_____

No. 13-1229
(4:10-cv-00007-GEC)

_____

CARNELL CONSTRUCTION CORPORATION

  Plaintiff - Appellee

v.

DANVILLE REDEVELOPMENT & HOUSING AUTHORITY

  Defendant - Appellant

 and

BLAINE SQUARE, LLC

    Defendant

_____

No. 13-1239
(4:10-cv-00007-GEC)
_____

CARNELL CONSTRUCTION CORPORATION

    Plaintiff - Appellee

v.

BLAINE SQUARE, LLC

    Defendant - Appellant

and

DANVILLE REDEVELOPMENT & HOUSING AUTHORITY

    Defendant

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Agee, Judge Keenan and Judge Floyd.

                                                                       For the Court

                                                                       /s/ Patricia S. Connor, Clerk